In the Matter of the Claim of JOHN H. TALLIS, Appellant, against NATIONAL CASH REGISTER COMPANY, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and claim remitted, with costs against the State Industrial Board, on the ground that on the findings of fact

of the Board an award of compensation should have been made to the claimant. All concur, except Rhodes, J., who dissents and votes to affirm.